**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RED BULL GMBH, et al.,

                       Plaintiffs,

-against-

GALE WHOLESALE, LLC, et al.,
                     Defendants.
-----------------------------------------------------------X

18 CIVIL 7552 (VSB) (SN)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 27, 2019, Magistrate Judge Sarah Netburn's Report and Recommendation is adopted in its entirety; accordingly, Plaintiff is awarded $36,803 in money damages for Defendant's trademark infringement.

**Dated:** New York, New York
December 27, 2019

                                            RUBY J. KRAJICK
                                            Clerk of Court

BY:

                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/27/2019